IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE MARIO GARCIA,  
      Petitioner,  
  v.  
LELAND McEWEN, Warden,  
      Respondent.  
                                /

No. C 12-1642 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner incarcerated at Calipatria State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction, which was obtained in Madera County Superior Court.

    A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Petitioner was convicted in Madera County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). He is incarcerated at Calipatria State Prison, in Imperial County, which lies within the venue of the Southern District of California. Id. § 84(d). Thus, jurisdiction over the

petition exists in either the Eastern District or the Southern District, but not in the Northern District.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the district of conviction, i.e., the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

IT IS SO ORDERED.

Dated: 4/6/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE